IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**HARVEY BEECH**                                                                                    **PLAINTIFF**

VS.                                      **CASE NO. 4:10-cv-00547-DPM**

**SELECT PORTFOLIO SERVICES (sic);
WELLS FARGO BANK, N.A AS TRUSTEE FOR THE
HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN
TRUST 2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-FF15;
SHAPIRO and KIRSH, LLP; (sic)**                                                    **DEFENDANTS**

## SELECT PORTFOLIO SERVICING, INC.'S MOTION TO DISMISS COMPLAINT

Defendant Select Portfolio Servicing, Inc.[1] ("SPS") (incorrectly named as Select Portfolio Services in plaintiff Harvey Beech's ("Beech") complaint (the "Complaint")), by and through its undersigned attorneys, for its motion to dismiss the Complaint, states as follows:

1. The Complaint fails to state a claim for accounting and must therefore be dismissed under Fed. R. Civ. P. 12(b)(6).

2. The Complaint fails to state a claim for temporary restraining order and must therefore be dismissed under Fed. R. Civ. P. 12(b)(6).

3. Process upon SPS is insufficient because the summons sent to SPS with the Complaint is defective. The Complaint must therefore be dismissed at least as to SPS under Fed. R. Civ. P. 12(b)(4).

---

[1] Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 ("Trustee") is not aware of service of process upon it by Beech. Wright, Lindsey & Jennings LLP intends to represent Trustee in this matter if and when Trustee is served with process. If Trustee has been served with process as of the filing of this motion to dismiss, it joins in and adopts this motion to dismiss, and specifically reserves all rights and defenses, including those based on insufficiency of process and insufficiency of service of process.

4. Service of process upon SPS is insufficient because the Complaint was sent by certified mail that did not conform to the service requirements of Ark. R. Civ. P. 4. The Complaint must therefore be dismissed at least as to SPS under Fed. R. Civ. P. 12(b)(5).

WHEREFORE, defendant Select Portfolio Servicing, Inc. prays that the Amended Complaint of plaintiff Harvey Beech be dismissed with prejudice, for attorneys' fees and costs pursuant to the loan documents and Arkansas law including but not limited to Ark. Code Ann. § 16-22-308, and for all other relief to which it is entitled.

>WRIGHT, LINDSEY & JENNINGS LLP
>200 West Capitol Avenue, Suite 2300
>Little Rock, Arkansas 72201-3699
>(501) 371-0808
>FAX: (501) 376-9442
>E-MAIL: jhenry@wlj.com
>         ajung@wlj.com
>
>By _____
>Judy Simmons Henry (84069)
>Adrienne L. Jung (2007159)
>Attorneys for Select Portfolio Servicing, Inc.[1]

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2010, the foregoing was presented to the Clerk of Court for filing and uploading to the CM/ECF system, which shall send notification of such filing as indicated, and a copy of the foregoing was sent by United States mail and email as follows:

Harvey Beech
121 Deer Creek Drive
Cabot, AR  72023
*Pro se Plaintiff*

Don A. Eilbott (deilbott@jacknelsonjones.com)
John K. Helbling (jhelbling@jacknelsonjones.com)
*Attorneys for Shapiro & Kirsch, LLP and D. Denise Griffin*

                                     */s/ Judy S. Henry*
                                     Judy Simmons Henry