IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

HARVEY BEECH                                                                                    PLAINTIFF

VS.                             NO. 4:10-cv-00547-DPM

SELECT PORTFOLIO SERVICES;
WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE
HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN
TRUST 2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-FF15; and
SHAPIRO AND KIRSH, LLP; (sic)                                                    DEFENDANTS

## MOTION TO DISMISS OF SEPARATE DEFENDANT
## SHAPIRO & KIRSCH, LLP

Comes now separate Defendant, Shapiro & Kirsch, LLP (hereafter referred to as "Shapiro & Kirsch") by and through its attorneys, Jack, Nelson, Jones, Jiles, & Gregory, P.A. by Don A. Eilbott and John K. Helbling, and for its Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and states as follows:

1.   On May 21, 2010, Plaintiff filed a Complaint which failed to state facts upon which relief can be granted against separate Defendant Shapiro & Kirsch.

2.   The pleading of the Plaintiff does not set forth any actions alleged to have been committed by Shapiro & Kirsch. Rather, the Plaintiff sets forth only conclusions and allegations as to other named Defendants. No further allegations are made in regard to Shapiro & Kirsch, and there are no allegations as to any wrongful actions taken by

1

Shapiro & Kirsch.  Shapiro & Kirsch is merely a law firm which provided legal services to parties related to the Plaintiff's foreclosure proceeding and is not a necessary party to this action.

3. Further, the Complaint of the Plaintiff fails to set forth a claim that the Plaintiff is entitled to relief under Rule 8(a)(2) of the Federal Rules of Civil Procedure.

4. Shapiro & Kirsch submits its Brief in Support of Motion to Dismiss as attached.

WHEREFORE, based upon the foregoing and Shapiro & Kirsch's Brief in Support of this Motion to Dismiss filed simultaneously herewith, separate Defendant Shapiro & Kirsch, LLP, prays that this Court dismiss Plaintiff's Complaint with prejudice, and for all other relief both legal and equitable to which it may be entitled.

Respectfully submitted:

Don A. Eilbott
John K. Helbling
Jack Nelson Jones Jiles & Gregory, P.A.
2800 Cantrell Road- Suite 500
Little Rock, Arkansas 72221
Telephone 501-707-5547
Facsimile   501-421-5653
Email: deilbott@jacknelsonjones.com
           jhelbling@jacknelsonjones.com

By: /s/ John Helbling_____
     Don A. Eilbott, 74042
     John K. Helbling, 2009144
     Attorneys for Shapiro & Kirsch, LLP

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served a copy of the foregoing by US Mail or Email, as denoted below, to the following:

Mr. Harvey E. Beech
121 Deer Creek Dr.
Cabot, Arkansas 72023
*Pro se* Plaintiff

Judy S. Henry
Adrienne L. Jung
Wright, Lindsey & Jennings, LLP
jhenry@wlj.com
ajung@wlj.com
Attorneys for Select Portfolio Servicing, Inc.

                                      /s/ John Helbling_____
                                      John K. Helbling