IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**HARVEY BEECH**                                                                                            **PLAINTIFF**

**VS.**                         **NO. 4:10-cv-00547-DPM**

**SELECT PORTFOLIO SERVICES;**
**WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE**
**HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN**
**TRUST 2006-FF15 MORTGAGE PASS-THROUGH**
**CERTIFICATES, SERIES 2006-FF15; and**
**SHAPIRO AND KIRSH, LLP; (sic)**                              **DEFENDANTS**

## RESPONSE TO PLAINTIFF'S MOTION TO REMAND OF SEPARATE DEFENDANT SHAPIRO & KIRSCH, LLP

Comes now separate Defendant, Shapiro & Kirsch, LLP (hereafter referred to as "Shapiro & Kirsch") by and through its attorneys, Jack, Nelson, Jones, Jiles, & Gregory, P.A. by Don A. Eilbott and John K. Helbling, and for its Response to Plaintiff's Motion to Remand, and states as follows:

1.  On June 15, 2010, Plaintiff filed a "Motion to Remand to State Court." The crux of Plaintiff's Motion lies in an argument that since Plaintiff's Complaint contains no federal claims, it must be remanded to state court.

2.  Plaintiff's Motion disregards federal diversity jurisdiction of United States District Courts, as provided for in 28 U.S.C. § 1332, by erroneously stating that federal diversity jurisdiction does not apply to state statutory remedies.

3.  Plaintiff's Motion to Remand to State Court should be denied as this case was properly removed to federal court and federal diversity jurisdiction applies, as none of the

Defendants are citizens of the same state as Plaintiff and the amount in controversy exceeds $75,000.00.

WHEREFORE, based upon the foregoing and Shapiro & Kirsch's Brief in Support of this Response to Motion to Remand filed simultaneously herewith, separate Defendant Shapiro & Kirsch, LLP, prays that this Court deny Plaintiff's Motion to Remand, and for all other relief both legal and equitable to which it may be entitled.

Respectfully submitted:

Don A. Eilbott
John K. Helbling
Jack Nelson Jones Jiles & Gregory, P.A.
2800 Cantrell Road- Suite 500
Little Rock, Arkansas 72221
Telephone 501-707-5547
Facsimile   501-421-5653
Email:  deilbott@jacknelsonjones.com
            jhelbling@jacknelsonjones.com

By: /s/ John Helbling_____
    Don A. Eilbott, 74042
    John K. Helbling, 2009144
    Attorneys for Shapiro & Kirsch, LLP

# CERTIFICATE OF SERVICE

      I hereby certify that on June 23, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served a copy of the foregoing by US Mail or Email, as denoted below, to the following:

Mr. Harvey E. Beech
121 Deer Creek Dr.
Cabot, Arkansas 72023
*Pro se* Plaintiff

Judy S. Henry
Adrienne L. Jung
Wright, Lindsey & Jennings, LLP
jhenry@wlj.com
ajung@wlj.com
Attorneys for Select Portfolio Servicing, Inc.

                                          /s/ John Helbling_____
                                          John K. Helbling