IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION


HARVEY BEECH                                                                                PLAINTIFF


VS.                             NO. 4:10-cv-00547-DPM


SELECT PORTFOLIO SERVICES;
WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE
HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN
TRUST 2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-FF15; and
SHAPIRO AND KIRSH, LLP; (sic)                                              DEFENDANTS

### BRIEF IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION TO REMAND OF SEPARATE DEFENDANT SHAPIRO & KIRSCH, LLP

28 U.S.C. § 1441(a) provides that "Except as otherwise expressly provided by Act of Congress, *any* civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Under 28 U.S.C. § 1332, federal "district courts district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs," so long as the parties are citizens of different states. Under 28 U.S.C. § 1332(c), corporations are deemed to be citizens of the state in which they are incorporated, and/or the state in which their principal place of business is located.

The United States Supreme Court has held that "the removal statute grants defendants a right to a federal forum." *Martin v. Franklin Capital Corp.,* 546 U.S. 132 (2005) *citing* 28 U.S.C. § 1441. Further, the United States District Court for the Western District of Arkansas has held that "when the right to remove is premised on diversity of citizenship, the basic principles of

1

diversity jurisdiction apply." *Continental Ozark v. Fleet Supplies*, 908 F. Supp. 668 (W. D. Ark. 1995).

Based on the foregoing provisions, separate Defendant Select Portfolio Servicing, Inc. ("Select") timely filed its Notice of Removal on June 7, 2010, removing this case to the U.S. District Court for the Eastern District of Arkansas.  In its Notice of Removal, Select correctly established that complete diversity for purposes of § 1332 indeed exists in this case in that none of the named Defendants to this action are citizens of the State of Arkansas, where Plaintiff resides.  Separate Defendant Wells Fargo Bank, N.A. is headquartered in Sioux Falls, South Dakota.  Separate Defendant Select Portfolio Servicing, Inc. is a Delaware corporation with its principal place of business in Salt Lake City, Utah.  And Shapiro & Kirsch is a limited liability partnership organized and existing under the laws of the state of Tennessee, with its principal place of business also in Tennessee.  Furthermore, the amount in controversy in this action exceeds the $75,000.00 statutory threshold in that Plaintiff is seeking to set aside a Mortgage interest that secures a promissory note with an original face value of $188,000.00.  As such, complete diversity exists, the requirements of § 1332 are met, and Plaintiff is simply mistaken to allege that this court lacks subject-matter jurisdiction over this case.

The Defendants have a right to Removal under 28 U.S.C. § 1441 as this court has federal diversity jurisdiction over this action.  Plaintiff, in his Motion to Remand to State Court erroneously concludes that this court has no subject-matter jurisdiction over the case since the case is one involving state law.  This notion is simply inaccurate and inconsistent with § 1441 and § 1332 as discussed above.

WHEREFORE, based upon the foregoing and Shapiro & Kirsch's Response to Motion to Remand filed simultaneously herewith, separate Defendant Shapiro & Kirsch, LLP, prays that

this Court deny Plaintiff's Motion to Remand, and for all other relief both legal and equitable to which it may be entitled.

Respectfully submitted:

Don A. Eilbott
John K. Helbling
Jack Nelson Jones Jiles & Gregory, P.A.
2800 Cantrell Road- Suite 500
Little Rock, Arkansas 72221
Telephone 501-707-5547
Facsimile   501-421-5653
Email:  deilbott@jacknelsonjones.com
             jhelbling@jacknelsonjones.com


By: /s/ John Helbling_____
        Don A. Eilbott, 74042
        John K. Helbling, 2009144
        Attorneys for Shapiro & Kirsch, LLP

## CERTIFICATE OF SERVICE

      I hereby certify that on June 23, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served a copy of the foregoing by US Mail or Email, as denoted below, to the following:

Mr. Harvey E. Beech
121 Deer Creek Dr.
Cabot, Arkansas 72023
*Pro se* Plaintiff

Judy S. Henry
Adrienne L. Jung
Wright, Lindsey & Jennings, LLP
jhenry@wlj.com
ajung@wlj.com
Attorneys for Select Portfolio Servicing, Inc.

                                          /s/ John Helbling_____
                                          John K. Helbling