IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

HARVEY BEECH            PLAINTIFF

VS.      CASE NO. 4:10-cv-00547-DPM

SELECT PORTFOLIO SERVICES (sic);
WELLS FARGO BANK, N.A AS TRUSTEE FOR THE
HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN
TRUST 2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-FF15;
SHAPIRO and KIRSH, LLP; (sic)           DEFENDANTS

### DEFENDANT SPS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT

Defendant Select Portfolio Servicing, Inc. ("SPS")[1], appears by and through its undersigned attorneys and for its response states as follows:

1. Plaintiff commenced this action by filing a complaint in the Circuit Court of Lonoke County on May 21, 2010. Defendants properly removed the action to this Court on June 7, 2010. Plaintiff filed a motion to remand on June 15, 2010.

2. Plaintiff's complaint expressly alleges that plaintiff and all defendants are citizens of different states.

---

[1] Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 ("Trustee") is not aware of service of process upon it by Beech. Wright, Lindsey & Jennings LLP intends to represent Trustee in this matter if and when Trustee is served with process. If Trustee has been served with process as of the filing of this Response, it joins in this Response and specifically reserves all rights and defenses, including those based on insufficiency of process and insufficiency of service of process.

877209-v1

3. In his complaint, plaintiff seeks an order directing the defendants to "cease and desist foreclosure and collection attempts" in an attempt to avoid foreclosure of his interest in real property and the sale of the real property upon foreclosure, the proceeds of which sale would be applied to plaintiff's debt owed to Wells Fargo Bank, N.A., as trustee for the holders of the First Franklin mortgage loan trust 2006-FF15 mortgage pass-through certificates, series 2006-FF15 ("Trustee"). Trustee's mortgage on plaintiff's residence secures a promissory note with an original face value of $188,000.00. In 2009, the county assessor appraised the value of the residence at more than $200,000.00. Thus, the amount in controversy exceeds $75,000.00.

4. This Court has original jurisdiction over this civil action under 28 U.S.C. § 1332 because it is between citizens of different states and the amount in controversy exceeds $75,000.00 exclusive of interest and costs. Therefore, this civil action was properly removed pursuant to the provisions of 28 U.S.C. § 1441.

5. This motion is supported by plaintiff's complaint [Docket no. 2] and a brief in support filed herewith.

6. Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, the Response to Plaintiff's Motion to Remand of Separate Defendant Shapiro & Kirsch, LLP and its brief in support are incorporated and adopted herein to the extent not inconsistent with SPS' position in this pleading and the brief in support filed herewith.

WHEREFORE, defendant Select Portfolio Servicing, Inc. prays that plaintiff's motion to remand be denied, and for all other appropriate relief.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: jhenry@wlj.com
ajung@wlj.com


By *(signature)*
Judy Simmons Henry (84069)
Adrienne L. Jung (2007159)
Attorneys for Select Portfolio Servicing, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2010, the foregoing was presented to the Clerk of Court for filing and uploading to the CM/ECF system, which shall send notification of such filing as indicated, and a copy of the foregoing was sent by United States mail and email as follows:

Harvey Beech
121 Deer Creek Drive
Cabot, AR 72023
*Pro se Plaintiff*

Don A. Eilbott (deilbott@jacknelsonjones.com)
John K. Helbling (jhelbling@jacknelsonjones.com)
*Attorneys for Shapiro & Kirsch, LLP and D. Denise Griffin*

*(signature)*
Judy Simmons Henry