IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**HARVEY BEECH**                                                                                           **PLAINTIFF**

VS.                                  CASE NO. 4:10-cv-00547-DPM

**SELECT PORTFOLIO SERVICES (sic);
WELLS FARGO BANK, N.A AS TRUSTEE FOR THE
HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN
TRUST 2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-FF15;
SHAPIRO and KIRSH, LLP; (sic)**                                                       **DEFENDANTS**

## BRIEF IN SUPPORT OF DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Defendant Select Portfolio Servicing, Inc. ("SPS")[1] appears by and through its undersigned attorneys and in support of its response to plaintiff Harvey Beech's ("Beech") motion for leave to file first amended complaint (the "Motion") states as follows:

The time has passed for Beech to amend his Complaint as a matter of course, and his motion for leave to file an amended complaint should be denied because justice would not be served by allowing amendment. Pursuant to Fed. R. Civ. P. 15, a pleading may be amended once as a matter of course within 21 days after serving it or, if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or motion under rule 12(b), (e), or (f), whichever is earlier. Fed. R. Civ. P. 15(a)(1). Beech's time for filing an amended complaint as a matter of course has passed because more than 21 days have

---

[1] Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 ("Trustee") is still not aware of any service of process upon it by Beech. Wright, Lindsey & Jennings LLP intends to represent Trustee in this matter if and when Trustee is served with process. If Trustee has been served with process as of the filing of this Response, it joins in this Response and specifically reserves all rights and defenses to the underlying complaint, including those based on insufficiency of process and insufficiency of service of process.

elapsed since service of process (albeit insufficient) was attempted and since the filing of SPS's motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b). Therefore, Beech may only amend the Complaint with the written consent of all opposing parties or with leave of the court. Fed. R. Civ. P. 15(a)(2). SPS has not consented to the filing of an amended complaint, and the Court should not grant Beech's request for leave to file an amended complaint.

Although courts are to give leave when justice requires (*see* Fed. R. Civ. P. 12(a)(2)), in the case at bar justice would not be served by allowing Beech to amend the Complaint. This is not Beech's first lawsuit against SPS arising from the same set of circumstances. Beech's first complaint against SPS and others was filed in Lonoke County, Arkansas, on September 18, 2009. The case was removed to federal court where SPS filed a motion to dismiss the complaint. On December 15, 2009, Judge Wm. R. Wilson, Jr. found that Beech's complaint did not clearly state what violations of law were alleged to have been committed by which defendants, and ordered Beech to file an amended complaint compliant with the Federal Rules of Civil Procedure and properly serve the amended complaint on all parties in the manner required by the Federal Rules of Civil Procedure. *See* Mot. Ex. 1. On January 12, 2010, Beech filed an amended complaint. SPS filed a motion to dismiss the amended complaint, which was granted by Judge Wilson who stated he could not "discern or divine a genuine cause of action in Plaintiff's Complaint, which does appear largely cut-and-pasted from the Internet." *See* Mot. Ex. 2.

After dismissal of Beech's first lawsuit against SPS and others, Beech initiated this lawsuit by filing his third complaint (Doc. 2) against SPS in Lonoke County, Arkansas on May 21, 2010. This case was removed (Doc. 1) to federal court where, for the third time, SPS

filed a motion to dismiss (Doc. 5). SPS's motion to dismiss Beech's third complaint remains pending. On June 14, 2010, the same date SPS filed its motion to dismiss Beech's third complaint in federal court, Beech filed a fourth complaint against SPS in the Lonoke County circuit court case that had already been removed to federal court. SPS was then forced to prepare and file in both state and federal court motions (Doc. 26) and related briefs (Doc. 27) to strike the fourth complaint and quash related process erroneously issued by the Lonoke County circuit clerk. Those motions remain pending.

In the Motion, Beech requests leave to file what amounts to a fifth complaint against SPS and the other defendants. Enough is enough. Beech should not be allowed to continue filing defective pleading after defective pleading, while failing to properly serve the defendants with process. SPS therefore respectfully requests that the Motion be denied.

Alternatively, if the Motion is not denied, the Court should limit Beech to one, and only one, amended complaint, which amended complaint complies with the Federal Rules of Civil Procedure and is served on all parties in the manner required by the Federal Rules of Civil Procedure. A party's *pro se* status does not entitle him to disregard the Federal Rules of Civil Procedure. *Bennett v. Dr. Pepper/Seven Up, Inc.*, 295 F.3d 805, 808 (8th Cir. 2002) (citing *Carman v. Treat*, 7 F.3d 1379, 1381 (8th Cir. 1993).

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: jhenry@wlj.com
          ajung@wlj.com

By _/s/ Adrienne Jung_
Judy Simmons Henry (84069)
Adrienne L. Jung (2007159)
Attorneys for Select Portfolio Servicing, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2010, the foregoing was presented to the Clerk of Court for filing and uploading to the CM/ECF system, which shall send notification of such filing as indicated, and a copy of the foregoing was sent by United States mail and email as follows:

Harvey Beech
121 Deer Creek Drive
Cabot, AR 72023
*Pro se Plaintiff*

Don A. Eilbott (deilbott@jacknelsonjones.com)
John K. Helbling (jhelbling@jacknelsonjones.com)
*Attorneys for Shapiro & Kirsch, LLP*

                                              Adrienne L. Jung