FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 12 2010

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

HARVEY BEECH                                                                    PLAINTIFF

VS.                               CASE NO. 4:10-cv-00547-DPM


SELECT PORTFOLIO SERVICING INC;
WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE
HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN
TRUST 2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-FF15
SHAPIRO and KIRSH, LLP                                              DEFENDANTS


## MOTION FOR RECONSIDERATION AND TO SET ASIDE ORDER ON MOTION TO REMAND TO STATE COURT

1.    On June 15, 2010 the Plaintiff filed for a motion to remand to state court.

2.    On July 13, 2010 the court postponed the ruling for ten (10) days to give Shapiro

and Kirsch time to respond about the citizenship of its partners.

3.    On July 20, 2010 Shapiro and Kirsch responded with an affidavit swearing that its

partners are not residents of the state of Arkansas.

4.    On July 23, 2010 the court denied the plaintiffs motion to remand based on

Shapiro and Kirsch's affidavit.

5.    On August 11, 2010 the Plaintiff called the Arkansas Secretary of State for

information regarding Shapiro & Kirsch's registered place of business.  The Plaintiff was

told Shapiro & Kirsch list's its principal place of business in West Memphis, AR. See

**Exhibit A** for the attached search from the Arkansas Secretary of State.

6.    The Plaintiff assumed Shapiro & Kirsch's principal place of business was in

Memphis, TN because of the return address on the letters.  The Plaintiff was wrong.

1

7.    Shapiro & Kirsch has made a false statement to this court and they knew the statement was false at the time they made it.

8.    Shapiro & Kirsch has committed perjury in this court. Shapiro & Kirsch is not a diverse citizen.

9.    The order on the motion to remand was obtained by fraud and should be set aside. Shapiro & Kirsch do not meet diversity jurisdiction. The defendants tried to take advantage of the plaintiff because he is pro se.

10.    The Plaintiff discovered the fraud on August 11, 2010.

11.    Defendants Select Portfolio, Shapiro & Kirsch, and their consuls acted together on this and should be sanctioned.

WHEREFORE, The Plaintiff preys that the order on the motion to remand is set aside and that he is granted attorney fees, cost, and that the defendants and its consul are sanctioned.

Respectfully Submitted,

Harvey Beach, Pro Se
121 Deer Creek
Cabot, AR 72023
501-247-2873

2

## CERTIFICATE OF SERVICE

I hereby certify that on August *12*, 2010 the foregoing was sent by U.S. mail to the following below:

Judy Simmons Henry
Adrienne L. Jung
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699

Don A. Eilbott
John K. Helbling
Jack Nelson Jones Jiles & Gregory, P.A.
2800 Cantrell Road-Suite 500
Little Rock, AR 72221

Harvey Beech, Pro Se

Case 4:10-cv-00547-DPM  Document 36  Filed 08/12/10  Page 4 of 4

Text + | Text -

\

## BUSINESS AND COMMERCIAL (UCC) SERVICES

 **Search Incorporations, Cooperatives, Banks and Insurance Companies**

Printer Friendly Version

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | SHAPIRO AND KIRSCH, LLP |
| Fictitious Names | N/A |
| Filing # | 800109667 |
| Filing Type | Foreign Limited Liability Partnership |
| Filed under Act | Foreign LLP; 1518 of 1999 |
| Status | Good Standing |
| Principal Address | 123 W. BROADWAY<br>#C<br>WEST MEMPHIS, AR USA |
| Reg. Agent | THE CORPORATION COMPANY |
| Agent Address | 124 WEST CAPITOL AVENUE<br>SUITE 1900<br>LITTLE ROCK, AR 72201 |
| Date Filed | 05/07/2007 |
| Officers | JOE M KIRSCH , Incorporator/Organizer |
| Foreign Name | N/A |
| Foreign Address | 123 W. BROADWAY<br>#C<br>WEST MEMPHIS, AR 72301 |
| State of Origin | TN |

# EXHIBIT A

**Purchase a Certificate of Good Standing for this Entity**

**Pay Franchise Tax for this corporation**

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search