IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**HARVEY BEECH**                                                                   **PLAINTIFF**

**VS.**                    **CASE NO. 4-10-cv-0547 DPM**

**SELECT PORTFOLIO SERVICES (sic);
WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE
HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN
TRUST 2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-FF15;
SHAPIRO and KIRSH, LLP (sic)**                              **DEFENDANTS**

<u>**SELECT PORTFOLIO SERVICING, INC.'S AND WELLS F ARGO BANK, N.A. AS
TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN
TRUST 2006-FF15 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-
FF15'S RESPONSE TO MOTION FOR RECONSIDERATION AND TO SET ASIDE
ORDER ON MOTION TO REMAND TO STATE COURT**</u>

Select Portfolio Servicing, Inc. ("SPS") and Wells Fargo Bank, N.A. as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 ("Wells Fargo Bank, N.A.") appear by and through their attorneys and for their response state:

1.     The "Motion for Reconsideration and to Set Aside Order on Motion to Remand to State Court" filed August 12, 2010 by plaintiff (the "Motion") makes allegations only against separate defendant Shapiro and Kirsch, LLP ("Shapiro and Kirsch"). Based on the previous pleadings filed by Shapiro and Kirsch, the Motion appears to be baseless.

2.     The relief sought in the Motion requests that this Court set aside its order denying the remand of the case. This relief affects SPS and Wells Fargo Bank, N.A., both of whom deny that this relief is proper.

WHEREFORE, Select Portfolio Servicing, Inc. and Wells Fargo Bank, N.A. as Trustee for the Holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-

884887-v1

Through Certificates, Series 2006-FF15 pray for the entry of an order denying the motion for reconsideration and denying the request of plaintiff for this Court to set aside its order denying plaintiff's motion to remand this case to state court, awarding Select Portfolio Servicing, Inc. and Wells Fargo Bank, N.A. their fees and costs and all of the relief to which they are entitled.

                        WRIGHT, LINDSEY & JENNINGS LLP
                        200 West Capitol Avenue, Suite 2300
                        Little Rock, Arkansas 72201-3699
                        (501) 371-0808
                        FAX: (501) 376-9442
                        E-MAIL: jhenry@wlj.com
                                  ajung@wlj.com

By  */s/ Judy S. Henry/*
     Judy Simmons Henry (84069)
     Adrienne L. Jung (2007159)
     Attorneys for Select Portfolio Servicing, Inc.
     and Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2010, a copy of the foregoing was sent by United States mail or email to the following:

Harvey Beech
121 Deer Creek Drive
Cabot, AR 72023
*Pro se Plaintiff*

Don A. Eilbott
*deilbott@jacknelsonjones.com*
*Attorneys for Shapiro & Kirsch, LLP*

                                                      */s/ Judy S. Henry/*
                                                      Judy Simmons Henry