IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARVEY BEECH                                                                                    PLAINTIFF

v.                                      Case No. 4:10-cv-547-DPM

WELLS FARGO BANK, N.A. AS TRUSTEE
FOR THE HOLDERS OF THE FIRST
FRANKLIN MORTGAGE LOAN TRUST
2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-FF15                                                    DEFENDANT

ORDER

Beech's proposed amended complaint against Wells Fargo is acceptable for filing, so the Court grants his motion to amend, *Document No. 29*. Beech must file his amended complaint by 19 November 2010. Whether Beech served Wells Fargo with his original complaint remains unclear. To eliminate this uncertainty, the Court orders Beech to serve his amended complaint and a summons on Wells Fargo pursuant to Federal Rule of Civil Procedure 4 by 31 December 2011. FED. R. CIV. P. 4(m). The sooner, the better.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
Untied States District Judge

4 November 2010