| | | |
|---|---|---|
| Harvey Beech, | Plaintiff(s) | Service of Process by: |
| Vs. | | **Action Process Serving 1-605-360-2881** |
| Wells Fargo Bank, NA | Defendant(s) | 2522 W. 41st St. # 213 |
| | | Sioux Falls, SD 57105 |

Harvey Beech  
Attn:  
121 Deen Creek  
Cabot, AR 72023  

**Affidavit of Service**  
Service of Process on:  
Wells Fargo Bank, N.A.  
Case # 4:10-CV-00547-DPM  

FILED  
U.S. DISTRICT COURT  
EASTERN DISTRICT ARKANSAS  
NOV 29 2010  
JAMES W. McCORMACK, CLERK  
By: _____ DEP CLERK  

State of South Dakota )  
                          :ss  
County of: Minnehaha )  

Name of Server:   Richard Rober, undersigned, being duly sworn, deposes and states that at the time of Service, he was over the age of eighteen, was not a party to this action and is an Elector in the State of South Dakota;

Date/Time of Service:   11/24/10 @ 11:20 AM

Place of Service:   3201 N. 4th Ave., Sioux Falls, SD 57104

Documents Served:   The undersigned Served the Documents described as:

Summons, Amended Verified Complaint with attached exhibit's A thru O.

Service of Process on: A true and correct copy of the aforesaid document(s) was served by Hand Delivery upon:

**Wells Fargo Bank, N.A.**  
Service was made by Serving Jean Tiede in the Legal Department.

Race: Cauc   Sex: Female   Age: 60   Height: 5'7"   Weight: 150 lbs

Undersigned declares under penalty of Perjury that the foregoing is true and correct.

_____  
Signature of Server

Subscribed and sworn to before me this  
_24th_ Day of November, 2010

_Jason Ellsworth_  3-9-2016  
Notary Public         (Commission Expires)

JASON ELLSWORTH  
NOTARY PUBLIC  
SOUTH DAKOTA  

Fee:             $45.00  
Locate:         $ 0.00  
Mileage:       $ 0.00   ( 18 @ na )  
Tax:             $ 2.70  
**Due on Receipt:**   $47.70   PAID

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CASE NO. 4:10-cv-00547-DPM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wells Fargo Bank, N.A.
was received by me on *(date)* 11/24/10.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jean Tiede, who is
designated by law to accept service of process on behalf of *(name of organization)* Wells Fargo Bank NA
3201 N. 4th Ave. Sioux Falls, SD 57104 on *(date)* 11/24/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/24/10

_____
Server's signature

Richard Rober APS-3
Printed name and title

2522 W 41st St. #217 Sioux Falls SD 57105
Server's address

Additional information regarding attempted service, etc: