IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARVEY BEECH                                                                                    PLAINTIFF

v.                                    Case No. 4:10-cv-547-DPM

WELLS FARGO BANK, N.A. AS TRUSTEE
FOR THE HOLDERS OF THE FIRST
FRANKLIN MORTGAGE LOAN TRUST
2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES
2006-FF15                                          DEFENDANT/COUNTERPLAINTIFF

v.

HARVEY BEECH                                                                       COUNTERDEFENDANT


WELLS FARGO BANK, N.A. AS TRUSTEE
FOR THE HOLDERS OF THE FIRST
FRANKLIN MORTGAGE LOAN TRUST
2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES
2006-FF15                                                              THIRD-PARTY PLAINTIFF

v.

FAITH A. BEECH and FIRST
FRANKLIN, a Division of National
Bank of Indiana                                                      THIRD-PARTY DEFENDANTS

ORDER

The Court-ordered depositions scheduled for June 13th and 14th are cancelled. Wells Fargo's motion to quash and for protective order, *Document*

*No. 66*, is denied as moot. The Court will hold a status conference with Beech and counsel for Wells Fargo on Wednesday, 15 June 2011 at 3:30 p.m. in Courtroom B-155 of the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas.

So Ordered.

D.P. Marshall Jr.
Untied States District Judge

10 June 2011