IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARVEY BEECH                                                                                   PLAINTIFF

v.                           Case No. 4:10-cv-547-DPM

WELLS FARGO BANK, N.A. AS TRUSTEE
FOR THE HOLDERS OF THE FIRST
FRANKLIN MORTGAGE LOAN TRUST
2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES
2006-FF15                                              DEFENDANT/COUNTERPLAINTIFF

v.

HARVEY BEECH                                                                    COUNTERDEFENDANT


WELLS FARGO BANK, N.A. AS TRUSTEE
FOR THE HOLDERS OF THE FIRST
FRANKLIN MORTGAGE LOAN TRUST
2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES
2006-FF15                                                          THIRD-PARTY PLAINTIFF

v.

FAITH A. BEECH and FIRST
FRANKLIN, a Division of National
Bank of Indiana                                                   THIRD-PARTY DEFENDANTS

AGREED PROTECTIVE ORDER

At the 15 June 2011 conference, the Court ordered Wells Fargo to

produce to Harvey Beech and Faith Beech, as soon as practicable, true copies

of the trust agreement for the First Franklin Mortgage Loan Trust 2006-FF15 and the servicing agreement related to Beeches' loan (the Agreements). Harvey Beech, for himself and for Faith Beech, agreed on the record that production of these two documents would be pursuant to a protective order.

Based on the parties' agreement and for good cause shown, the Court orders that the Beeches shall not disclose the Agreements or the Agreements' terms to anyone, by any means, for any reason. The Beeches shall not attach the Agreements to any pleading in this lawsuit or otherwise make the content of the Agreements public by placing the content in a pleading. If a pleading contains any information about the Agreements, the pleading must be filed with the Clerk of the Court under seal so that the information in the pleading does not become available to the public. The Beeches may only retain the Agreements for the duration of this lawsuit and solely for use in this lawsuit; and they shall destroy all copies of the Agreements—whether in paper, electronic, or other form—immediately upon conclusion of this lawsuit, including any appeal. Notice shall be provided by the Beeches to the Court and Wells Fargo that they have destroyed all copies of the Agreements as directed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 June 2011