IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARVEY BEECH                                                                                    PLAINTIFF

v.                                            No. 4:10-cv-547-DPM

WELLS FARGO BANK, N.A. AS TRUSTEE
FOR THE HOLDERS OF THE FIRST
FRANKLIN MORTGAGE LOAN TRUST
2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES
2006-FF15                                    DEFENDANT/COUNTERPLAINTIFF

v.

HARVEY BEECH                                                            COUNTERDEFENDANT

WELLS FARGO BANK, N.A. AS TRUSTEE
FOR THE HOLDERS OF THE FIRST
FRANKLIN MORTGAGE LOAN TRUST
2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES
2006-FF15                                                                    THIRD-PARTY PLAINTIFF

v.

FAITH A. BEECH and FIRST
FRANKLIN, a Division of National
Bank of Indiana                                                       THIRD-PARTY DEFENDANTS

ORDER

The Court appreciates Wells Fargo's status report, *Document No. 96*. The Court would prefer for the Beeches to sign the decree, as they apparently

agreed to do. If the Beeches have not signed by 2 March 2012, then Wells Fargo should file a short motion to enforce the parties' settlement agreement. The Court will hold a hearing on any motion to enforce on 15 March 2012 at 9:00 a.m. in Courtroom B-155 of the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas. The Court orders both Mr. and Mrs. Beech to appear at the hearing. The Court further orders Wells Fargo to make personal service on Mr. Beech and on Mrs. Beech of this order and the recent status report. Wells Fargo must certify service by 24 February 2012. It is time to get this matter resolved.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 February 2012