IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HARVEY BEECH**                                                                 **PLAINTIFF**

v.                              No. 4:10-cv-547-DPM

**WELLS FARGO BANK, N.A. AS TRUSTEE
FOR THE HOLDERS OF THE FIRST
FRANKLIN MORTGAGE LOAN TRUST
2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES
2006-FF15**                                    **DEFENDANT/COUNTERPLAINTIFF**

v.

**HARVEY BEECH**                                                     **COUNTERDEFENDANT**

**WELLS FARGO BANK, N.A. AS TRUSTEE
FOR THE HOLDERS OF THE FIRST
FRANKLIN MORTGAGE LOAN TRUST
2006-FF15 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES
2006-FF15**                                              **THIRD-PARTY PLAINTIFF**

v.

**FAITH A. BEECH and FIRST
FRANKLIN, a Division of National
Bank of Indiana**                                           **THIRD-PARTY DEFENDANTS**

ORDER

Clifton T. Massanelli, United States Marshal for the Eastern District of Arkansas, has filed a report of sale and a deed to Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan

Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15, the purchaser of the real property described in the deed. No one has objected to the report or the deed. After examining them, the Court approves both in all respects. Marshal Massanelli acknowledges that he has executed the deed to the purchaser for the consideration and purposes recited in it.

A copy of the deed is attached and incorporated. The Court directs the Clerk to certify this Order and the deed under seal of the Court so that the documents may be recorded.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
Untied States District Judge

27 September 2012

## MARSHAL'S DEED

WHEREAS, in civil action 4:10-cv-00547-DPM pending in the United States District Court for the Eastern District of Arkansas, Little Rock Division, an Agreed Decree of Foreclosure (the "Decree") was entered on February 24, 2012, directing the foreclosure of mortgages and ordering sale of the property encumbered by said mortgages; and

WHEREAS, the undersigned Clifton T. Massanelli, United States Marshal for the Eastern District of Arkansas, conducted the sale authorized and directed in the Decree, which sale was held at public auction on May 9, 2012, at 10:00 a.m., after advertisement for the time and in the manner prescribed in the Decree, and in all respects in accordance with the directions contained therein; and

WHEREAS, at the sale, Adrienne L. Jung of Wright, Lindsey & Jennings LLP appeared as attorney on behalf of Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 ("Trustee") and bid the sum of $244,293.86;

WHEREAS, the bid of Trustee was the highest and best bid, and therefore the property was struck off to Trustee at that price; and

WHEREAS, the sale was duly reported to the above-described Court and approved by the Court;

NOW, THEREFORE, with the approval of and by direction of such Court, for the considerations aforesaid, and in order to carry into effect the sale conducted as aforesaid, the undersigned Clifton T. Massanelli, United States Marshal for the Eastern District of Arkansas, hereby grants, sells, and conveys unto Trustee, and its successors and assigns forever, all of the right, title, interest, equity, and estate of all parties to this action in and to the following property situated in Lonoke County, Arkansas:

> A TRACT OF LAND LOCATED IN PART OF THE NW 1/4 OF THE SW 1/4 SECTION 11, T4N, R10W, LONOKE COUNTY, ARKANSAS. BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT THE NE CORNER OR THE NE CORNER OF THE NW 1/4 SW 1/4, SECTION 11; THENCE WEST 438.0 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 587.06 FEET; THENCE WEST 171.0 FEET; THENCE SOUTH 250.0 FEET; THENCE WEST 200 FEET; THENCE NORTH 837.06 FEET; THENCE EAST 371.0 FEET TO THE POB.

TO HAVE AND TO HOLD the said property unto the said Trustee, and its successors and assigns forever, with all appurtenances thereunto belonging.

IN WITNESS WHEREOF, I have hereunto set my hand on this 11th day of July, 2012.

_____
Clifton T. Massanelli
United States Marshal
Eastern District of Arkansas

2

1126951-v1

## ACKNOWLEDGMENT

STATE OF ARKANSAS  }
                   }
COUNTY OF PULASKI  }

BE IT REMEMBERED on this day appeared before the undersigned Notary Public, duly qualified, commissioned, and acting within and for the County and State aforesaid, Clifton T. Massanelli, United States Marshal for the Eastern District of Arkansas, known to me (or satisfactorily proven) to be the person described in the foregoing instrument, who stated and acknowledged (according to § 16-47-207) to me that, pursuant to the Agreed Decree of Foreclosure entered by the United States District Court for the Eastern District of Arkansas in the proceedings referred to therein, he had so signed and executed the foregoing Marshal's Deed for the consideration, uses, and purposes set forth therein.

IN WITNESS WHEREOF, I hereunto set my hand and official seal this 11th day of July, 2012.

_____
Notary Public

My Commission Expires: 7/17/2017

BEVERLY KAPLON
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires July 17, 2017
Commission No. 12361494

3

1126951-v1

PREPARED BY:

Judy Simmons Henry (84069)
Adrienne L. Jung (2007159)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442